# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE G. PERALES VENEGAS,<br><br>       Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C11-103MJP |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved.  Petitioner's § 2255 motion is **DENIED** and the case is **DISMISSED** with prejudice.  Petitioner is **DENIED** issuance of a certificate of appealability.

  Dated March 2, 2011.

                   William M. McCool
                   Clerk of Court

                   s/Mary Duett
                   Deputy Clerk